WISE, Respondent, v. LAW REPORTING CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 20, 1912.) Action by James B. Wise against the Law Reporting Company.

PER CURIAM. Judgment and order denying motion for new trial reversed, and new trial granted, with costs to appellant to abide event, upon the ground that the court committed error in admitting evidence concerning other litigation to which defendant was a party. Order denying defendant's motion for a change of venue and order denying motion for stay of proceedings affirmed.

WISOTZKY, Appellant, v. KESSLER, Respondent. (Supreme Court, Appellate Division, Second Department. November 22, 1912.) Action by Solomon Wisotzky against Birdie Kessler. No opinion. Appeal dismissed, without costs.

WITTE, Respondent, v. KOERNER, Appellant. (Supreme Court, Appellate Division, Second Department. November 27, 1912.) Action by Alexis Witte against Elizabeth Koerner. No opinion. Motion for reargument (of 137 N. Y. Supp. 1150) denied, without costs.

WITTEN, Appellant, v. WITTEN, Respondent. (Supreme Court, Appellate Division, Second Department. November 22, 1912.) Action by Sarah Witten against Louis J. Witten. No opinion. Motion denied.

WOOD, Respondent, v. HAMILTON, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 4, 1912.) Action by Alice L. Wood against William J. Hamilton.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event. Held, that there was no evidence of any previous vicious act of the dog, nor that defendant had knowledge of any such act, or that the dog was of a vicious character.

McLENNAN, P. J., dissents, upon the ground that the evidence fairly established that the dog was vicious to the knowledge of the owner.

WOOD, Respondent, v. HOFMANN, Appellant. (Supreme Court, Appellate Division, Second Department. December 6, 1912.) Action by John J. Wood against William Hofmann.

PER CURIAM. The order for examination limits the scope of the examination only by the contents of the somewhat diffuse affidavits and pleadings on which it is granted. The examination should be limited to inquiry as to the authority of Lillian Hofmann to accept the order in defendant's behalf, to the payments made on the fifth and sixth payments mentioned in the order, and to what payments were made to others for the completion of the contract, and for what work; but inquiry into the defendant's allegations of abandonment by plaintiff is excluded. The order of the County Court of Queens County should be modified accordingly, and, as so modified, affirmed, without costs.

WOOD et al., Respondents, v. WISE et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 27, 1912.) Action by Wilbur B. Wood and another against Charles C. Wise and another. No opinion. Motion for leave to appeal to the Court of Appeals (from 137 N. Y. Supp. 1017) granted.

WOODRUFF, Appellant, v. SQUIER, Respondent. (Supreme Court, Appellate Division, First Department. December 20, 1912.) Action by Amos E. Woodruff against Elinor W. Squier. A. E. Woodruff, of New York City, for appellant. J. W. Shepard, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 140 App. Div. 903, 905, 125 N. Y. Supp. 1150.

In re WYLIE. (Supreme Court, Appellate Division, Third Department. November 13, 1912.) In the matter of the petition of Thomas Wylie for an order restraining William Waterman from trafficking in liquor at 14 King street, Troy, N. Y. No opinion. Order unanimously affirmed, with costs.

YARTER, Appellant, v. LEWIS, Respondent. (Supreme Court, Appellate Division, Third Department. November 13, 1912.) Action by Charles M. Yarter against John C. Lewis. No opinion. Judgment and order unanimously affirmed, with costs.

In re YERKES. (Supreme Court, Appellate Division, First Department. December 27, 1912.) In the matter of Charles T. Yerkes, deceased. No opinion. Motion denied, with $10 costs. Order filed.

YOUNG, Respondent, v. ARMSTRONG, Appellant. (Supreme Court, Appellate Division, First Department. December 6, 1912.) Action by James Young against Paul Armstrong. P. Beale, of New York City, for appellant. W. W. Irwin, of New York City, for respondent. No opinion. Judgment and order reversed, and new trial ordered, costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $3,000, in which event, judgment, as so modified, and order affirmed, without costs. Settle order on notice.